NOT FOR PUBLICATION                                                                                          CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civil No. 13-7508 (FSH) |
| v. | **ORDER** |
| HARRY ABRAHAMSEN, | Date: November 17, 2014 |
| Defendant. | |

**HOCHBERG, District Judge:**

This matter comes before the Court upon Plaintiff's motion for default judgment against Defendant Harry Abrahamsen pursuant to Fed. R. Civ. P. 55(b)(2) (Dkt. No. 8);

it appearing that Plaintiff filed the instant action against Defendant on December 13, 2013, alleging, *inter alia*, that Defendant failed to report his interest in a foreign bank account in violation of 31 U.S.C. § 5314, consented to and agreed to pay a civil penalty for this failure as part of a plea deal in criminal case, and failed to pay this penalty (Dkt. No. 1);

it appearing that Defendant was served on January 9, 2014 (Dkt. No. 3) and failed to answer or appear in this action in any manner;

it appearing that entry of default was made against Defendant on August 7, 2014;

it appearing that Plaintiff provided Defendant with written notice of Plaintiff's motion for default judgment (Dkt. No. 8);

it appearing that Defendant failed to respond to the instant motion and the time for such response having lapsed;

it appearing that Plaintiff seeks judgment for the unpaid balance of civil penalties, constituting principal, penalty fees, and interest, as a result of Defendant's conduct; and

Plaintiff's submissions having been considered pursuant to Fed. R. Civ. P. 78;

**IT IS** on this 17th day of November, 2014,

**ORDERED** that Plaintiff's request for default judgment (Dkt. No. 8) is **GRANTED**; and it is further

**ORDERED** that Plaintiff has judgment against Defendant in the total amount of **$369,393.00**, plus penalty costs and prejudgment interests, which amounts to **$439,172.85**; and it is further

**ORDERED** that the Clerk of the Court **CLOSE** this case.

        **SO ORDERED.**

        **/s/ Faith S. Hochberg**
        **Hon. Faith S. Hochberg, U.S.D.J.**