IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARRY ABRAHAMSEN, )<br>)<br>Defendant. )<br>_____ ) | Case No. 2:13-cv-07508-JMV-JBC |

**ORDER AND JUDGMENT**

This matter has come before the Court upon the Motion by United States for Judgment Against Garnishee Harkmark, LLC [D.E. 31] and the Supplement to Motion by United States for Judgment Against Garnishee Harkmark, LLC [D.E. 32], as well as the Notice of Correction by United States [D.E. 33]. Upon consideration, it is hereby ORDERED, ADJUDGED, and DECREED:

1. The Motion by United States for Judgment Against Garnishee Harkmark, LLC [D.E. 31], and the Supplement to Motion by United States for Judgment Against Garnishee Harkmark, LLC [D.E. 32], are **GRANTED**; and

2. Judgment is entered in favor of the United States and against Harkmark, LLC in the amount of $41,765.29.

SO ORDERED, ADJUDGED, AND DECREED.

Signed this 27th day of January, 2020.

HON. JOHN MICHAEL VAZQUEZ
UNITED STATES DISTRICT JUDGE